# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO HERNANDEZ JR,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION, a New Jersey Corporation; and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No: 1:17-cv-00975-DAD-SKO<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(Doc. 6)** |

Pursuant to the parties' stipulation (Doc. 6), and for good cause appearing, the deadline for Defendant Freedom Mortgage Corporation to respond to Plaintiff's Complaint is hereby extended to **September 22, 2017.**

IT IS SO ORDERED.

Dated: __**August 23, 2017**__         /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

-1-
ORDER GRANTING PARTIES' STIPULATED REQUEST FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO COMPLAINT