# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO HERNANDEZ JR., | Case No. 1:17-cv-00975-DAD-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 8)** |
| FREEDOM MORTGAGE CORP., | |
| Defendant. | |

On September 12, 2017, the parties filed a joint Stipulation of Dismissal with Prejudice, in which they notify the Court that this action is "dismissed with prejudice in its entirety." (Doc. 8.) This stipulation is signed by all parties who have appeared in this matter. (*See id.* at 2.) As such, Plaintiff has voluntarily dismissed this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **September 13, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE